No. 17,660.

SAMUEL H. SONTAG, ETC. *v.* HERBERT W. DELANEY, AS TRUSTEE, ETC.
(288 P. [2d] 352)

Decided September 29, 1955.  Rehearing denied October 24, 1955.

Mr. SAUL PINCHICK, Mr. SHELDON SILVERMAN, for plaintiff in error.

Mr. GRAHAM SUSMAN, Mr. HYMAN D. LANDY, Mr. HARRY S. BERNSTEIN, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.